35 A.3d 1206

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Johnathan ROBINS, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 20, 2012.

No. 517 EAL 2011.

584

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of January 2012, the *pro se* Petition to Remove Counsel and Go *Pro Se* and Terminate Direct Appeal is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**